JOHN M. BRENNAN, Appellant, *v.* NATIONAL EQUITABLE INVESTMENT CO., INC., Respondent.

(Submitted April 30, 1928; decided May 8, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 247 N. Y. 486.)